IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LOWRY                                                                               PETITIONER

vs.                             Case No. 5:08CV00082 SWW-HLJ

LARRY NORRIS, Director
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 20th day of April, 2010.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE